■ In the Matter of the Claim of PETER P. RESCIGNO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— MEMORANDUM BY THE COURT. Appeal from a decision of the Unemployment Insurance Appeal Board refusing unemployment benefits. It is a necessary prerequisite to become eligible for benefits that a claimant file his claim in accordance with the Labor Law and the regulations of the Industrial Commissioner (Labor Law, § 590, subds. [1], [8]; § 596; 12 NYCRR 473.2 [a] [d]). The reasons for claimant's failure to file constituted a factual issue and there is substantial evidence to sustain the determination of the board. Decision affirmed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of FRANCIS C. TREMBLAY, Respondent, v. WARREN COUNTY WESTMOUNT SANATORIUM et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— MEMORANDUM BY THE COURT. This is an appeal by an employer and its compensation carrier from a decision of the Workmen's Compensation Board discharging the Fund for Reopened Cases and charging the carrier with responsibility for the payment of the award. Claimant's assignment to lighter work at the same wages, amply demonstrated by the record, constituted an advance payment of compensation tolling the three-year time limitation of section 25-a of the Workmen's Compensation Law. (Matter of Dorfer v. Summerhays & Sons Corp., 286 App. Div. 1053, mot. for lv. to app. den. 309 N. Y. 1032; Matter of Golomb v. City of New York, 8 A D 2d 874.) Decision affirmed, with costs to the Fund for Reopened Cases. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.